MORRIS MEYERS and Another v. VICTOR H. GRAMOUNT and CHELSEA BANK

AND TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.